# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 274 |
| | : | |
| REAPPOINTMENT TO APPELLATE | : | APPELLATE COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 11th day of April, 2018, Robert M. Palumbos, Esquire, Philadelphia, is hereby reappointed as a member of the Appellate Court Procedural Rules Committee for a term expiring August 1, 2021.